IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:16-CR-00094-NONE-SKO |
|---|---|
| Plaintiff, | ORDER UNSEALING CASE AS TO DANIEL QUIROZ AND TO MAINTAIN ORIGINAL INDICTMENT UNDER SEAL |
| v. | |
| DANIEL QUIROZ, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the original indictment in this case shall remain UNDER SEAL until further order of the Court. The case may be unsealed as to Daniel Quiroz and a redacted indictment provided to him as previously ordered by the Court.

IT IS SO ORDERED.

Dated:   **March 10, 2021**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

ORDER TO PROVIDE REDACTED SEALED INDICTMENT TO DANIEL QUIROZ