PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16CR00094-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING SENTENCING; ORDER |
| v. | |
| DANIEL QUIROZ, | DATE: July 10, 2023 |
| | TIME: 10:00 a.m. |
| Defendants. | COURT: Hon. Jennifer L. Thurston |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter was previously set for sentencing on July 10, 2023.

2. By this stipulation, the above-named defendant agrees to continue the sentencing to August 14, 2023 at 10:00 a.m.

3. The continuance is necessitated by the need to conduct a safety valve interview and the probation officer's need to review discovery, which was recently produced to the probation officer due to a prior scheduling conflict.

4. The probation officer agrees to the August 14, 2023 hearing date.

///

///

  IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  May 23, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ KAREN A. ESCOBAR<br>KAREN A. ESCOBAR<br>Assistant United States Attorney |
| Dated:  May 23, 2023 | /s/ STEVEN L. CRAWFORD<br>STEVEN L. CRAWFORD<br>Counsel for Defendant<br>DANIEL QUIROZ |

[~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO ORDERED.

Dated:   **May 24, 2023**                                   _____
                                                            UNITED STATES DISTRICT JUDGE